IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL THOMAS, *et al*,

    *Plaintiffs*,

v.

TEKSYSTEMS, INC.,

    *Defendant*.

Civil Action No. 2:21-cv-460

Hon. William S. Stickman IV

## ORDER OF COURT

AND NOW, this __10__ day of March 2025, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Plaintiffs' Motion for Class Certification (ECF No. 144) is GRANTED. The following classes are certified pursuant to Federal Rule of Civil Procedure 23:

1. All current and former Recruiters employed by TEKsystems, Inc. in Pennsylvania from April 9, 2018, to the final date of judgment ("the Pennsylvania Class").

2. All current and former Recruiters employed by TEKsystems, Inc. in Washington from January 19, 2019, to the final date of judgment ("the Washington Class").

3. All current and former Recruiters employed by TEKsystems, Inc. in New York from January 19, 2016, to the final date of judgment ("the New York Class").

4. All current and former Recruiters employed by TEKsystems, Inc. in Massachusetts from January 19, 2019, to the final date of judgment ("the Massachusetts Class)."

IT IS FURTHER ORDERED that Michael Thomas and Maria Conyers-Jordan are appointed as representative Plaintiffs for the Pennsylvania Class; Ava Doré is appointed as the

representative Plaintiff for the Washington Class; Rachel Richenberg is appointed as the representative Plaintiff for the New York Class; and Emily Burke is appointed as the representative Plaintiff for the Massachusetts Class.

IT IS FURTHER ORDERED that Werman Salas P.C. and Lichten & Liss-Riordan, P.C. are appointed as counsel for all four classes.

BY THE COURT:

/s/ William S. Stickman IV

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE