IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| MICHAEL THOMAS, MARIA CONYERS-JORDAN, AUSTIN SHERMAN, LYNDA ALEXANDRA MAHER, AVA DORÉ, RACHEL RICHENBERG, and EMILY BURKE, on behalf of themselves and others similarly situated,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>TEKSYSTEMS, INC.,<br><br>　　*Defendant*. | Civil Action No. 2:21-cv-00460-WSS<br><br>(Document Filed Electronically) |

**JOINT MOTION FOR EXTENSION OF TIME TO
<u>SUBMIT A PROPOSED ORDER</u>**

Plaintiffs, on behalf of themselves and the certified Rule 23 Classes and FLSA Collective, and Defendant TEKsystems, Inc. ("TEK") hereby submit this Joint Motion for Extension of Time to Submit a Proposed Order. On February 11, 2026, the Court granted Plaintiffs' motion for partial summary judgment on TEK's administrative exemption affirmative defense and denied TEK's motion for partial summary judgment that the Fair Labor Standards Act violations were not willful, ECF No. 213. On that same day, the Court ordered the Parties to submit a joint proposed scheduling order by March 13, 2026. The Parties now request a three-week extension to submit a proposed scheduling order, until April 3, 2026.

The Parties are currently negotiating the scope of discovery and the corresponding deadlines. Further, the Parties are meeting and conferring regarding discovery disputes in a parallel case, *Avery v. TEKsystems, Inc.*, No. 22 Civ. 02733 (N.D. Cal.). Resolution of those disputes may

affect discovery in this matter. As such, the Parties respectfully request an extension until April 3, 2026 to submit their proposed scheduling order.

Dated: March 10, 2026

Respectfully submitted,

/s/ *Sally J. Abrahamson*
Sally J. Abrahamson* (DC 999058)
sabrahamson@flsalaw.com
**Werman Salas P.C.**
609 H Street NE, 4th Floor
Washington, D.C. 20002
Phone No.: (202) 830-2016
Fax No.: (312) 419-1025

Douglas M. Werman * (IL 6204740)
dwerman@flsalaw.com
Maureen A. Salas* (IL 6289000)
msalas@flsalaw.com
Anne Kramer* (MA 697435)
akramer@flsalaw.com
**Werman Salas P.C.**
77 West Washington Street, Ste 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008
Fax No.: (312) 419-1025

Sarah R. Schalman-Bergen (PA 206211)
ssb@llrlaw.com
Krysten Connon* (PA 314190)
kconnon@llrlaw.com
Olena Savytska* (MA 693324)
osavytska@llrlaw.com
**Lichten & Liss-Riordan, P.C.**
729 Boylston Street, Suite 2000,
Boston, MA 02116
Phone No.: (617) 994-5800
Fax No.: (617) 994-5801

*Attorneys for Plaintiffs and the FLSA Collective and Rule 23 Classes*

*Admitted *Pro hac vice*

/s/ *Andrew L. Scroggins*
Noah A. Finkel

2

nfinkel@seyfarth.com
Andrew L. Scroggins
ascroggins@seyfarth.com
**Seyfarth Shaw LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606
Phone (312) 460-5000
Fax (312) 460-7000

*Attorneys for Defendant TEKsystems, Inc.*

**CERTIFICATION OF SERVICE**

    I hereby certify that on March 10, 2026, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Sally J. Abrahamson<br>
Sally J. Abrahamson