**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| MICHAEL THOMAS, MARIA CONYERS-JORDAN, AUSTIN SHERMAN, LYNDA ALEXANDRA MAHER, AVA DORÉ, RACHEL RICHENBERG, and EMILY BURKE, on behalf of themselves and others similarly situated, | Civil Action No. 2:21-cv-00460-WSS |
| *Plaintiffs*, | (Document Filed Electronically) |
| v. | |
| TEKSYSTEMS, INC., | |
| *Defendant*. | |

### JOINT PROPOSED SCHEDULING ORDER

Plaintiffs, on behalf of themselves and all others similarly situated, and Defendant TEKsystems, Inc. hereby submit this Joint Proposed Scheduling Order.

WHEREAS, on March 10, 2025, the Court certified four state classes of Recruiters pursuant to Federal Rule of Civil Procedure 23, and granted final certification of the Fair Labor Standards Act ("FLSA") Collective of Recruiters, ECF Nos. 172-74;

WHEREAS, on February 11, 2026, the Court granted Plaintiffs' motion for partial summary judgment on TEK's administrative exemption affirmative defense and denied TEK's motion for partial summary judgment that the Fair Labor Standards Act violations were not willful, ECF No. 213;[1]

---

[1] On March 11, 2026, Defendant filed a Motion for Reconsideration of the first part of the Court's order concerning the administrative exemption affirmative defense. ECF Nos. 219-220. The Motion remains pending.

WHEREAS, on March 11, 2026, the Court granted the Parties an extension, until April 3, 2026, to submit their proposed scheduling order because the Parties were negotiating the scope and deadlines of discovery;

NOW THEREFORE, the Parties propose the following schedule:

1. The deadline for discovery on damages be set for June 30, 2027.

2. The deadline for disclosure of affirmative experts and expert reports be set for January 15, 2027.

3. The Parties shall exchange a list of all witnesses they may call at trial by February 12, 2027. Both Parties shall have the right to depose any designated trial witness who has not previously been deposed.

4. The deadline for disclosure of rebuttal experts and expert reports be set for March 12, 2027.

5. All experts shall be deposed by April 16, 2027.

6. Any *Daubert* motions shall be filed by June 11, 2027. All responses to *Daubert* motions shall be filed 21 days after the filing of the *Daubert* motion.

7. The Parties propose the trial date be set for September 27, 2027. Plaintiffs anticipate they need two weeks to put forth their affirmative evidence for the jury trial. Defendant anticipates it will need three weeks to present its defense.

Dated: April 1, 2026

Respectfully submitted,

/s/ Sally J. Abrahamson

Sally J. Abrahamson* (DC 999058)
sabrahamson@flsalaw.com
**Werman Salas P.C.**
609 H Street NE, 4th Floor

2

Washington, D.C. 20002
Phone No.: (202) 830-2016
Fax No.: (312) 419-1025

Maureen A. Salas\* (IL 6289000)
msalas@flsalaw.com
Anne Kramer\* (MA 697435)
akramer@flsalaw.com
**Werman Salas P.C.**
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008
Fax No.: (312) 419-1025

Sarah R. Schalman-Bergen (PA 206211)
ssb@llrlaw.com
Krysten Connon\* (PA 314190)
kconnon@llrlaw.com
Olena Savytska\* (MA 693324)
osavytska@llrlaw.com
**Lichten & Liss-Riordan, P.C.**
729 Boylston Street, Suite 2000,
Boston, MA 02116
Phone No.: (617) 994-5800
Fax No.: (617) 994-5801

*Attorneys for Plaintiffs and the FLSA
Collective and Rule 23 Classes*

*\*Pro hac vice*

/s/ Andrew L. Scroggins
Noah A. Finkel
nfinkel@seyfarth.com
Andrew L. Scroggins
ascroggins@seyfarth.com
**Seyfarth Shaw LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606
Phone (312) 460-5000
Fax (312) 460-7000

*Attorneys for Defendant TEKsystems, Inc.*

3

SO ORDERED: _____

                    Hon. William S. Stickman IV
                    United States District Judge

## CERTIFICATION OF SERVICE

I hereby certify that on April 1, 2026, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Sally J. Abrahamson
Sally J. Abrahamson